AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BOAST BRAND GROUPS LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:26-cv-80123-EA |
| GREEN GRASS BRANDS, INC. | ) | |
| and WILLIAM PORTER ST. JOHN, JR. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Green Grass Brands, Inc.
3820 Investment Lane, Riviera Beach, Florida 33404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth W. Cohen
Epstein Drangel LLP
6 East 45th Street, 7th Floor
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   02/02/2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| BOAST BRAND GROUPS LLC | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) ) | Civil Action No.  9:26-cv-80123-EA |
| GREEN GRASS BRANDS, INC. | ) ) | |
| and WILLIAM PORTER ST. JOHN, JR. | ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  William Porter St. John, Jr.
1235 Gator Trail, West Palm Beach, Florida 33409


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth W. Cohen
Epstein Drangel LLP
6 East 45th Street, 7th Floor
New York, NY 10017


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:    02/02/2026

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts